UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAIN SCALES, | ) | Case No. CV 09-6996 GAF(JC) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| BEN CURRY, | ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 22, 2010

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE